IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| COLLEEN MCGUIGAN, | § | |
| | § | No. 326, 2023 |
| Counterclaim-Plaintiff Below, | § | |
| Appellant, | § | Court Below: Court of Chancery |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. 2018-0819 |
| THOMAS D. MURRAY and TDM | § | |
| PROPERTY INVESTMENTS LLC, | § | |
| | § | |
| Counterclaim-Defendants Below, | § | |
| Appellees. | § | |
| | § | |

Submitted: April 17, 2024
Decided: May 1, 2024

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## **ORDER**

This 1st day of May, 2024, after careful consideration of the parties' briefs and the record on appeal, and following oral argument, we conclude that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Memorandum Opinion dated March 9, 2023; the Partial Final Order and Judgment dated June 27, 2023 on Colleen McGuigan's Counterclaims; and the Order dated August 11, 2023 Granting Defendant Colleen McGuigan's Motion for Entry of Judgment under Rule 54.

NOW, THEREFORE, IT IS ORDERED, that the Court of Chancery's judgment is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice